**WENDY S. COLLINS, ESQ.**
Bar Counsel

**DEB A. LAFERRIERE**
Program Administrator

**MAILING ADDRESS:**
Vermont Supreme Court
Professional Responsibility Program
109 State Street
Montpelier, Vermont 05609-0703

Telephone: (802) 828-3204
FAX: (802) 828-3457
TDD: (802)-828-3234



Case 5:11-mc-00062-cr   Document 1-1   Filed 07/27/11   Page 1 of 1

## SUPREME COURT OF VERMONT
## PROFESSIONAL RESPONSIBILITY BOARD

TO: Supreme Court of the United States
Center for Professional Responsibility
United States District Court for the District of Vermont

FROM: Wendy S. Collins, Bar Counsel

RE: Margaret M. Strouse, Esq. - Respondent
PRB Docket No. 2008-207
PRB Decision No. 128
Supreme Court Docket No. 2010-053

DATE: July 25, 2011

**RECEIVED**
BURLINGTON, VT
JUL 27 2011
5:11-mc-62
CLERK'S OFFICE
U.S. DISTRICT COURT

    On July 15, 2011, the Vermont Supreme Court publicly reprimanded Margaret M. Strouse for violating Rule of Professional Conduct 8.4(c)(engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation) by deceiving her law firm about her ongoing romantic relationship with the husband of the firm's divorce client, which relationship created a conflict of interest for the firm.

    Pursuant to Administrative Order No. 9, Rule 13, the Hearing Panel's decision and the Supreme Court's decision, a copy of which is enclosed, have been published in Volume II of the Professional Responsibility Board Reporter, which is being maintained at our central office at 109 State Street in Montpelier. This decision will also be published at the following website: http://libraries.vermont.gov/law/prb/prbdecisions.

    If you have any questions, please do not hesitate to contact me.

WSC:dal
enc.
cc: PRB Members
Paul Donovan, Reference & Law Libraries
Publisher, Vermont Bar Journal (via email)
Vermont Law Week (via email)
Board of Bar Examiners (via email)
Robert Greemore, Court Administrator
William Griffin, Esq. - Attorney General's Office (via email)
VBA Ethics Committee (via email)
Office of Disciplinary Counsel

dal/Publish/128